UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4095
(5:20-cr-00018-JPB-JPM-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICK ANDREW GROVES

    Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk